```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
J.F. individually and on behalf of her child                :
D.P., a minor,                                              :
                                                            :
                            Plaintiff,                      :    21-cv-4602 (VSB)
                                                            :
            -against-                                       :         ORDER
                                                            :
NEW YORK CITY DEPARTMENT OF                                 :
EDUCATION,                                                  :
                                                            :
                            Defendant.                      X
------------------------------------------------------------
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

  On October 18, 2021, Defendant's counsel reported that Plaintiff had produced the billing records needed to facilitate settlement discussions in this matter. (Doc. 12.) Accordingly, it is hereby:

  ORDERED that the parties are directed to provide an update on the status of settlement discussions on or before December 3, 2021.

SO ORDERED.

Dated: November 19, 2021
   New York, New York

                        _____
                         Vernon S. Broderick
                         United States District Judge